*Fashion Nova, LLC v. Blush Mark Inc. et al.*
(U.S.D.C. C.D. Cal.)

# EXHIBIT A
# to Complaint



**Favorite Ex Lace 2 PC Set - Black**
**U.S. Copyright Reg. No. VA 2-308-359**



**Favorite Ex Lace 2 PC Set - Black - 2**
**U.S. Copyright Reg. No. VA 2-308-359**



**Mariah Slit Skirt Set - Black**
**U.S. Copyright Reg. No. VA 2-308-359**



**Mariah Slit Skirt Set - Black - 2**
**U.S. Copyright Reg. No. VA 2-308-359**



**You Can Unravel Me Ribbed Maxi Dress - Black**
**U.S. Copyright Reg. No. VA 2-308-359**



**Brighter Thank You Think Bikini Set - Black**
**U.S. Copyright Reg. No. VA 2-308-359**



**Brighter Thank You Think Bikini Set - Black - 2**
**U.S. Copyright Reg. No. VA 2-308-359**



**Dream Of Me Lace 2 Piece PJ Set - Black**
**U.S. Copyright Reg. No. VA 2-308-359**



**Dream Of Me Lace 2 Piece PJ Set - Black - 2**
**U.S. Copyright Reg. No. VA 2-308-359**



**Dream Of Me Lace 2 Piece PJ Set - Black - 3**
**U.S. Copyright Reg. No. VA 2-308-359**



**Heart On Fire Lace 2 Piece Set - Red**
**U.S. Copyright Reg. No. VA 2-308-359**



**Heart On Fire Lace 2 Piece Set - Red - 2**
**U.S. Copyright Reg. No. VA 2-308-359**



**Ride Or Die Lace Teddy Stocking Set - White**
**U.S. Copyright Reg. No. VA 2-308-362**



**Ride Or Die Lace Teddy Stocking Set - White - 2**
**U.S. Copyright Reg. No. VA 2-308-362**



**Want To Be Next To You Set - Mauve**
**U.S. Copyright Reg. No. VA 2-308-362**



**Deep On Your Eyes Velvet 3 Piece Set - Burgundy**
**U.S. Copyright Reg. No. VA 2-308-362**



**Give Me Everything Midi Dress - Black**
**U.S. Copyright Reg. No. VA 2-308-362**



**Give Me Everything Midi Dress - Black - 2**
**U.S. Copyright Reg. No. VA 2-308-362**



**Give Me Everything Midi Dress - Black - 3**
**U.S. Copyright Reg. No. VA 2-308-362**



**All Fixed Up Patchwork Skinny Jeans - Black combo**
**U.S. Copyright Reg. No. VA 2-308-364**



**Sleepy Dreams Thermal PJ Short Set - Rose**
**U.S. Copyright Reg. No. VA 2-308-364**



**Jets And Villas Strappy 2 Piece Bikini - Yellow combo**
**U.S. Copyright Reg. No. VA 2-308-364**



**Jets And Villas Strappy 2 Piece Bikini - Yellow combo - 2**
**U.S. Copyright Reg. No. VA 2-308-364**



**Watercolor Beach One Piece Cutout Swimsuit - Orange combo**
**U.S. Copyright Reg. No. VA 2-308-364**



**Watercolor Beach One Piece Cutout Swimsuit - Orange combo - 2**
**U.S. Copyright Reg. No. VA 2-308-364**



**Lovely In Lace PJ Set - Chocolate**
**U.S. Copyright Reg. No. VA 2-308-364**



**Lovely In Lace PJ Set - Chocolate - 2
U.S. Copyright Reg. No. VA 2-308-364**



**Latex Love 3 Piece Garter Set - Red - 1
U.S. Copyright Reg. No. VA 2-313-515**



**Latex Love 3 Piece Garter Set - Red - 2**
**U.S. Copyright Reg. No. VA 2-313-515**



**Rough Rider Biker Shorts - Black - 1**
**U.S. Copyright Reg. No. VA 2-313-581**



**Rough Rider Biker Shorts - Black - 2**
**U.S. Copyright Reg. No. VA 2-313-581**



**Rough Rider Biker Shorts - Black - 3**
**U.S. Copyright Reg. No. VA 2-313-581**



**Cinch Me In High Waisted Panty - Nude**
**U.S. Copyright Reg. No. VA 2-313-726**



**No Short Cuts Biker Short Romper - Black - 1**
**U.S. Copyright Reg. No. VA 2-313-726**



**No Short Cuts Biker Short Romper - Black - 2**
**U.S. Copyright Reg. No. VA 2-313-726**



**Crushin' On You PJ Short Set - Wine - 1**
**U.S. Copyright Reg. No. VA 2-313-728**



**Crushin' On You PJ Short Set - Wine - 2**
**U.S. Copyright Reg. No. VA 2-313-728**



**Yes Now Distressed Bermuda Shorts - Medium Blue Wash - 1
U.S. Copyright Reg. No. VA 2-313-730**



**Yes Now Distressed Bermuda Shorts - Medium Blue Wash - 2**
**U.S. Copyright Reg. No. VA 2-313-730**



**Yes Now Distressed Bermuda Shorts - Medium Blue Wash - 3
U.S. Copyright Reg. No. VA 2-313-730**



**Lovely In Lace PJ Set - Chocolate**
**U.S. Copyright Reg. No. VA 2-316-028**



**Cherry Bomb PJ Set Short Sleeve Romper Onesie - White/Combo**
**U.S. Copyright Reg. No. VA 2-316-029**



**Chain Details 2 Piece Bikini - Black
U.S. Copyright Reg. No. VA 2-316-030**